1   STEVEN V. RHEUBAN [SBN 48538]
    (SVR@RGLAWYERWS.COM)
2   SOLOMON E. GRESEN [SBN: 164783]
    (SEG@RGLAWYERS.COM)
3   **LAW OFFICES OF RHEUBAN & GRESEN**
    15910 VENTURA BOULEVARD, SUITE 1610
4   ENCINO, CALIFORNIA 91436
    TELEPHONE:  (818) 815-2727
5   FACSIMILE:   (818) 815-2737

6   Attorneys  for Plaintiff, Paul J. Hoffman

7

(SPACE BELOW FOR FILING STAMP ONLY)

IT IS SO ORDERED

Judge Susan Illston

8                   UNITED STATES DISTRICT COURT

9       NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

10

11  PAUL J. HOFFMAN,                     ) CASE NO.: C 10-02171 SI
                                         ) [Hon. Susan Illstop, Judge]
12              Plaintiff,               )
                                         ) REQUEST FOR DISMISSAL OF ENTIRE
13      v.                               ) ACTION
                                         )
14  BANK OF AMERICA, N.A.; a National    )
    Banking Association;                 )
15  BAC HOME LOANS SERVICING, LP.; and   )
    DOES 1-10, inclusive;                )
16                                       )
                Defendants               )
17                                       )
                                         )
18  _____ )

19

20      TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

21      PLEASE TAKE NOTICE that Plaintiff PAUL J. HOFFMAN, requests that

22  the court dismiss this entire action as to all parties and all causes of action without

23  prejudice.

24

25  Dated: August 5, 2010          LAW OFFICES OF RHEUBAN &
                                    GRESEN
26

27                                  /s/ Steven M. Cischke
                                    _____
                                    Steven M. Cischke
28                                  Attorneys for Plaintiff, Paul J. Hoffman

                                   1
    _____
              REQUEST FOR DISMISSAL OF ENTIRE ACTION

**PROOF OF SERVICE**

I am employed in the County of Los Angeles, State of California.  I and am over the age of eighteen and am not a party to the within action.  My business address is 15910 Ventura Boulevard, Suite 1610, Encino, California 91436.

On August 5, 2010, I served the foregoing document, described as **REQUEST FOR DISMISSAL OF ENTIRE ACTION** in this action by placing a true copy thereof enclosed in sealed envelopes addressed as follows:

John Pingel, Esq.
Reed Smith
101 2nd Street
San Francisco, CA 94105

XX    BY MAIL: (C.C.P § 1013(a) - by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Los Angeles addressed as set forth above.  I am readily familiar with the firm's practice of collection and processing correspondence for mailing.  Under that practice it would be deposited the United States Postal Service on the same day in a sealed envelope with postage thereon fully prepaid in the ordinary course of business.

___    BY FACSIMILE: (C.P.P. § 1013(a)(e); CRC 2008 - by transmitting via electronic facsimile the above-listed document(s) to the fax number(s) set forth above on this date before      5:00 p.m.  I caused the machine to print a transmission record of the transmission, a copy of which is attached to this Declaration.

XX    BY E-FILE: - I caused such document(s) to be transmitted by e-file with the Clerk of the Court by using the CM/ECF System, which sent a notice of electronic filing to the following:

John Pingel jdpingel@gmail.com

JURISDICTION
        (STATE)  I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

XX    (FEDERAL) I declare under penalty of perjury under the laws of the United States that the above is true and correct and that  I am employed in the offices of a member of the bar of this Court at whose direction the service was made.

EXECUTED on August 5, 2010, at Los Angeles, California.


_____/s/ Annette Goldstein_____
Annette Goldstein

—